IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


LUIS J. TORRES,                                     2:12-cv-01417-SI
                    Petitioner,
        v.                                          ORDER TO DISMISS

MARK NOOTH,

                Respondent.


SIMON, District Judge.

        Petitioner's Motion for Abbeyance or Dismissal of this habeas
action (#13) is before the Court.   Abeyance is not warranted,
however, Petitioner's motion for Dismissal is GRANTED.

        IT IS HEREBY ORDERED that this action is DISMISSED without
prejudice.   Pending motions, if any, are denied as moot.

        DATED this 27th day of September, 2012.

                                    _____
                                    Michael H. Simon
                                    United States District Judge


1 -- ORDER TO DISMISS